PHILLIP A. TALBERT
United States Attorney
KATRINA BROWNSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ABEL LOPEZ MOLINAR;<br>MARCELINO CHAIDEZ MOLINA;<br>HERMILLO EFRAIN CHAIDEZ;<br>MARIA GUADALUPE RAMOS ORTEGA,<br><br>Defendant. | CASE NO. 1:23-CR-00173-NODJ-BAM<br><br>STIPULATION VACATING STATUS CONFERENCE AND SETTING ANOTHER STATUS CONFERENCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 13, 2023.

2. By this stipulation, the defendants' now move to vacate the status conference on December 13, 2023, and set another status conference on March 27, 2024, and to exclude time between December 13, 2023, and March 27, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and criminal history has been produced directly to counsel and/or made available for inspection.

   b) Counsel for the defendants desire additional time to review discovery, conduct

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

investigation and research related to the charges, conduct research into any mitigating factors, consult with their clients, discuss a potential plea with the government, and to otherwise prepare for trial.

      c)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2023 to March 27, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  December 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KATRINA BROWNSON<br>KATRINA BROWNSON<br>Assistant United States Attorney |
| Dated: December 1, 2023 | /s/ HARRY M. DRANDELL<br>HARRY M. DRANDELL<br>Counsel for Carlos Abel Lopez Molinar |
| Dated: December 1, 2023 | /s/ VICTOR MANUEL CHAVEZ<br>VICTOR MANUEL CHAVEZ<br>Counsel for Marcelino Chaidez Molina |

Dated: December 1, 2023                    /s/ HRISTO K. BIIJEV
                                                              HRISTO K. BIJEV
                                                              Counsel for Hermillo Efrain Chaidez

Dated: December 1, 2023                    /s/ ERIC VINCENT KERSTEN
                                                              ERIC VINCENT KERSTEN
                                                              Counsel for Maria Guadalupe Ramos Ortega

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 13, 2023, to **March 27, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 5, 2023**                    /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE