PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER |
| v. | |
| CARLOS ABEL LOPEZ MOLINAR; MARCELINO CHAIDEZ MOLINA; HERMILLO EFRAIN CHAIDEZ; MARIA GUADALUPE RAMOS ORTEGA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 23, 2024.

2. By this stipulation, the defendants now move to continue the status conference on October 23, 2024, and set another status conference on February 26, 2025, and to exclude time between October 23, 2024, and February 26, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and criminal history has been produced directly to counsel and/or made available for inspection. On October 8, 2024, the government made additional discovery available for review. In light of the additional discovery, the government will be

extending plea offers shortly.

      b)    Counsel for the defendants desire additional time to review the new discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with their clients, discuss a potential plea with the government, and to otherwise prepare for trial.

      c)    Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024 to February 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 8, 2024                           PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ ANTONIO J. PATACA
                                                      ANTONIO J. PATACA
                                                      Assistant United States Attorney

Dated: October 8, 2024                           /s/ HARRY M. DRANDELL
                                                      HARRY M. DRANDELL
                                                      Counsel for Carlos Abel Lopez Molinar

Dated: October 8, 2024                           /s/ VICTOR MANUEL CHAVEZ
                                                      VICTOR MANUEL CHAVEZ

Counsel for Marcelino Chaidez Molina

Dated: October 8, 2024                         /s/ SHAWN PEREZ
                                               SHAWN PEREZ
                                               JAMES HOMOLA
                                               Counsel for Hermillo Efrain Chaidez


Dated: October 8, 2024                         /s/ ERIC VINCENT KERSTEN
                                               ERIC VINCENT KERSTEN
                                               Counsel for Maria Guadalupe Ramos Ortega

## ORDER

IT IS SO ORDERED that the status conference is continued from October 23, 2024, to **February 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:  **October 15, 2024**                   /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                    3