VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
MARCELINO CHAIDEZ MOLINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00173-NODJ-BAM |
| *Plaintiff,* | STIPULATION MODIFYING CONDITIONS OF RELEASE REMOVING LOCATION MONITORING AND CURFEW; ORDER |
| vs. | |
| MARCELINO CHAIDEZ MOLINA | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the conditions of release ordered by the Hon. Erica P. Grosjean on September 18, 2023 (Doc. 48), may be modified as follows: Condition 7(l) requiring location monitoring and a curfew is removed. Mr. Chaidez Molina has been subject to these conditions for almost 13 months and Pretrial Services in the Central District of California recommends that condition 7(l) be removed. Pretrial Services in this district joins in that recommendation. All other conditions of release shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: November 10, 2024        */s/ Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Attorney for Defendant
                                Marcelino Chaidez Molina

Dated:  November 10, 2024         /s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney
Attorney for Plaintiff

### Order

**The stipulation of the parties is granted. Upon the recommendation of pretrial services condition 7(l) requiring electronic monitoring and a curfew is hereby removed. All other conditions of release previously ordered remain in full force and effect.**

IT IS SO ORDERED.

Dated:  **November 12, 2024**

STANLEY A. BOONE
United States Magistrate Judge