MICHELE BECKWITH
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ABEL LOPEZ MOLINAR;<br>MARCELINO CHAIDEZ MOLINA;<br>HERMILLO EFRAIN CHAIDEZ;<br>MARIA GUADALUPE RAMOS ORTEGA,<br><br>Defendant. | CASE NO. 1:23-CR-00173-NODJ-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on February 26, 2025.

2. By this stipulation, the defendants now move to continue the status conference on February 26, 2025, and set another status conference on May 14, 2025, and to exclude time between February 26, 2025, and May 14, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and criminal history has been produced directly to counsel and/or made available for inspection. On October 8, 2024, the government made additional discovery available for review.

        b)      On February 6, 2025, the government extended plea offers to the defendants.

        c)      Counsel for the defendants desire additional time to review the new discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with their clients, discuss a potential plea with the government, and to otherwise prepare for trial.

        d)      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2025 to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 24, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: February 24, 2025 | /s/ HARRY M. DRANDELL<br>HARRY M. DRANDELL<br>Counsel for Carlos Abel Lopez Molinar |
| Dated: February 24, 2025 | /s/ VICTOR MANUEL CHAVEZ<br>VICTOR MANUEL CHAVEZ<br>Counsel for Marcelino Chaidez Molina |

Dated: February 24, 2025          /s/ SHAWN PEREZ
                                  SHAWN PEREZ
                                  JAMES HOMOLA
                                  Counsel for Hermillo Efrain Chaidez

Dated: February 24, 2025          /s/ DAVID TORRES
                                  DAVID TORRES
                                  Counsel for Maria Guadalupe Ramos Ortega

## **ORDER**

Based on the status of the case, the Court denies the request to continue the status conference. The February 26, 2025 status conference at 1:00 p.m. remains as set.

IT IS SO ORDERED.

Dated:   **February 25, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE