```
VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
P.O. Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
MARCELINO CHAIDEZ MOLINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00173-NODJ-BAM |
|---|---|
| *Plaintiff,* | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER |
| vs. | |
| MARCELINO CHAIDEZ MOLINA | |
| Defendant | |

  Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Marcelino Chaidez Molina, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence at the status conference on February 26, 2025 pursuant to this waiver. Defendant agrees that his interests shall be represented by the presence of his attorney, Victor M. Chavez, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at the status conference. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his presence at said time and place.

Dated: February 26, 2025

               */s/ Victor M. Chavez* for Marcelino Chaidez Molina

                   VICTOR M. CHAVEZ
                   Attorney for Defendant
                   Marcelino Chaidez Molina

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance is waived at the status conference of February 26, 2025 due to a transportation emergency. Counsel shall file this waiver signed by Mr. Chaidez Molina as soon as practicable.

IT IS SO ORDERED.

Dated: **February 26, 2025**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE