MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00173-DAD-BAM |
| Plaintiff, | STIPULATION SETTING TRIAL AND EXCLUDING TIME; FINDINGS AND ORDER |
| v. | |
| CARLOS ABEL LOPEZ MOLINAR;<br>MARCELINO CHAIDEZ MOLINA;<br>HERMILLO EFRAIN CHAIDEZ;<br>MARIA GUADALUPE RAMOS ORTEGA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 14, 2025.

2. By this stipulation, the defendants now move to vacate the status conference on May 14, 2025, and set a trial date on February 18, 2026, and to exclude time between May 14, 2025, and February 18, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and criminal history has been produced directly to counsel and/or made available for inspection. On October 8, 2024, the government made additional discovery available for review. The government anticipates producing additional discovery as it

prepares for trial.

  b) On February 6, 2025, the government extended plea offers to the defendants. Those offers have been rejected.

  c) Counsel for the defendants desire additional time to review the new discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with their clients, discuss a potential plea with the government, and to otherwise prepare for trial.

  d) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14, 2025 to February 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 2, 2025        MICHELE BECKWITH
                Acting United States Attorney

                /s/ ANTONIO J. PATACA
                ANTONIO J. PATACA
                Assistant United States Attorney

Dated: May 2, 2025         /s/ HARRY M. DRANDELL
                HARRY M. DRANDELL
                Counsel for Carlos Abel Lopez Molinar

Dated: May 2, 2025                      /s/ VICTOR MANUEL CHAVEZ
                                         VICTOR MANUEL CHAVEZ
                                         Counsel for Marcelino Chaidez Molina


Dated: May 2, 2025                      /s/ SHAWN PEREZ
                                         SHAWN PEREZ
                                         JAMES HOMOLA
                                         Counsel for Hermillo Efrain Chaidez


Dated: May 2, 2025                      /s/ DAVID TORRES
                                         DAVID TORRES
                                         Counsel for Maria Guadalupe Ramos Ortega


## ORDER

IT IS SO ORDERED that the status conference set for May 14, 2025, is vacated. A jury trial is set for **February 18, 2026, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 week**. A trial confirmation is set for **February 2, 2026, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. In addition, the Court sets a status conference on **November 12, 2025, at 1:00 p.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 7, 2025**                    /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE