ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELINO CHAIDEZ MOLINA,<br><br>Defendant. | CASE NO. 1:23-CR-00173-JWH-BAM<br><br>STIPULATION SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on February 17, 2026.

2. By this stipulation, the defendant now moves to vacate the trial date as to him only and set a change of plea hearing on April 6, 2026,. and to exclude time between February 17, 2026, and April 6, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, videos, and criminal history has been produced directly to counsel and/or made available for inspection. On October 8, 2024, the government made additional discovery available for review.

   b) Counsel for the defendant desires additional time to review prepare for the change

1

of plea hearing, conduct investigation and research into any mitigating factors, and consult with their client.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 17, 2026 to April 6, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 1, 2025                     ERIC GRANT
                                            United States Attorney

                                            /s/ ANTONIO J. PATACA
                                            ANTONIO J. PATACA
                                            Assistant United States Attorney

Dated: December 1, 2025                      /s/ VICTOR MANUEL CHAVEZ
                                            VICTOR MANUEL CHAVEZ
                                            Counsel for Marcelino Chaidez Molina

## **ORDER**

IT IS SO ORDERED that the jury trial set for February 17, 2026, trial confirmation set for February 2, 2026 are vacated. A change of plea hearing is set for **April 6, 2026, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 1, 2025**             /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE